Order entered December 18, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-01123-CV

 Shannon Richardson, Appellant

 V.

 Derrick Richardson, Appellee

 On Appeal from the 302nd Judicial District Court
 Dallas County, Texas
 Trial Court Cause No. DF-09-10877

 ORDER

 The Court has before it appellant's December 14, 2012 motion to extend
time for filing her amended brief. The Court GRANTS the motion and ORDERS
that the amended brief filed by appellant on December 14, 2012 be timely
filed as of today's date.

 /s/ MOLLY FRANCIS
 JUSTICE